NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EASTMAN KODAK COMPANY, AGFA CORPORATION, ESKO SOFTWARE BVBA, HEIDELBERG, USA,**
*Appellants*

**v.**

**CTP INNOVATIONS, LLC,**
*Appellee*

---

2017-1278, 2017-1279

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00790, IPR2014-00791.

---

**JUDGMENT**

---

SCOTT ANTHONY MCKEOWN, Ropes & Gray LLP, Washington, DC, argued for appellants. Also represented by DOUGLAS HALLWARD-DRIEMEIER.

JOSEPH PIA, Pia Anderson Dorius Reynard & Moss, Salt Lake City, UT, argued for appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| February 6, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |